IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLENE P. AIKENS, as Administratrix of the Estate of David E. Aikens, | Civil Action No. 19-81 |
| Plaintiff, | Judge Cathy Bissoon |
| vs. | |
| JEFFERSON COUNTY, | **ELECTRONICALLY FILED** |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above-captioned parties, by and through their undersigned counsel, file this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Willene P. Aikens, Administratrix of the Estate of David E. Aikens; Defendant is Jefferson County.

2. On or about January 24, 2019, Plaintiff filed her Complaint against Defendant in the above-captioned mater.

3. Plaintiff moves to dismiss this lawsuit with prejudice.

4. Defendant consents to Plaintiff's dismissal of this lawsuit with prejudice.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Federal Rule of Civil Procedure 23.1, or an action related to an unincorporated association under Federal Rule of Civil Procedure 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires an Order of Court for dismissal of this civil action.

- 2 -

8. Plaintiff has not previously dismissed any federal or state court lawsuit based on or including the same claims as those presented in the above-captioned matter.

9. This dismissal is with prejudice.

Respectfully submitted,

| QUINN LOGUE LLC | JONESPASSODELIS, PLLC |
|---|---|
| By: /s/ Matthew T. Logue<br>Matthew T. Logue, Esquire<br>Pa. ID No. 87416<br>matt@mattlogue.com<br><br>200 First Avenue, Third Floor<br>Pittsburgh, PA 15222<br>(412) 765-3800<br><br>*Counsel for Plaintiff* | By: */s/ Maria N. Pipak*<br>Maria N. Pipak, Esquire<br>Pa. ID No. 317450<br>mpipak@jonespassodelis.com<br><br>707 Grant Street, 3410 Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 315-7272<br><br>*Counsel for Defendant* |

Date:   November 23, 2020